UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

WILLIAM FIRMAN,

                      Plaintiff,

- v -

WOLTERS KLUWER U.S. CORPORATION
and C T CORPORATION SYSTEM,

                      Defendants.

------------------------------------------------- x

Case No.: 19-CV-05368-VEC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties stipulate to the dismissal of this matter with prejudice, and stipulate that each party shall bear its own respective attorney's fees and costs.

Date: December 12, 2019

Respectfully submitted and consented to,

By: _____
Mark Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
*Counsel for Plaintiff*

Respectfully submitted and consented to,

By: /s/ David W. Garland
David W. Garland, Esq.
Elizabeth D. Houghton, Esq.
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
*Counsel for Defendants*